UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-CV-82329-RYSKAMP/VITUNAC

WILLIAM J. ZINNI,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC.,

    Defendant.
    _____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the plaintiff's Notice of Voluntary Dismissal with Prejudice **[DE 7]** filed on December 16, 2009. Being advised that the parties have amicably settled all matters in dispute, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The above-styled case is hereby **DISMISSED WITH PREJUDICE**; and

    (2) The Clerk of Court is hereby directed to **CLOSE THIS CASE** and to **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18 day of December, 2009.

                                                  /s/ Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE